# EXHIBIT A

Int. Cl.: 24

Prior U.S. Cl.: 39

## United States Patent Office

Reg. No. 1,037,506
Registered Apr. 6, 1976

## TRADEMARK
Principal Register

### COUNTRY CURTAINS

Country Curtains, Inc. (Massachusetts corporation)
Main St.
Stockbridge, Mass. 01262

For: CURTAINS, in CLASS 24 (U.S. Cl. 39).
First use July 5, 1959; in commerce July 5, 1959.
No claim is made to exclusive use of "Curtains" apart from the mark as shown in the drawing.

Ser. No. 37,125, filed Nov. 14, 1974.

B. DENNISON, Examiner

Int. Cl.: **42**

Prior U.S. Cls.: **100 and 101**

Reg. No. **2,073,434**

**United States Patent and Trademark Office**  Registered June 24, 1997

## SERVICE MARK
### PRINCIPAL REGISTER

## COUNTRY CURTAINS

COUNTRY CURTAINS, INC. (MASSACHUSETTS CORPORATION)
MAIN STREET
STOCKBRIDGE, MA 012620955

FOR: RETAIL STORE SERVICES AND MAIL-ORDER CATALOG SERVICES IN THE FIELD OF CURTAINS, BEDSPREADS, QUILTS, PILLOWS, TABLECLOTHS AND RELATED GOODS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-0-1956; IN COMMERCE 6-0-1956.

OWNER OF U.S. REG. NO. 1,037,506.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CURTAINS", APART FROM THE MARK AS SHOWN.

SER. NO. 75-056,151, FILED 2-12-1996.

LEIGH CAROLINE CASE, EXAMINING ATTORNEY