# EXHIBIT B





0 items
subtotal: $0.0

| women | lingerie | juniors | SEPHORA | jewelry | shoes | men |
| bed + bath | window | furniture | home accents | housewares | swim |

index :: bed + bath :: shop by style- country ::         search:

# bed + bath

## Country Curtains, Country Bedding, Country Lamps

**SHOP BY STYLE- COUNTRY**

Area Rugs
Bath
Bedding
Bedroom Furniture
Curtains
Lighting and Accents

Back to Bed + Bath

Any Size Shop
Bath Accents
Bath Rugs & Towels
Bath Storage
Bed Sheets
Bedding Accents
Bedding Blowout
Bedspreads
Black Home Accessories
Blankets & Throws
Blue Bedding
Boys Room
Bright Colored Bedding
Campus Shop
Campus Shop Decorate
Campus Shop Furniture
Campus Shop Sleep
Chris Madden
Closeouts
Comforters
Comforters, Comforter Sets
Comforters-open Stock
Croscill Classics
Daybed Covers
Down Pillows
Duvets + Down
Energy Solution

### SHOP BY STYLE- COUNTRY

**Area Rugs**
Includes country area rugs, braided rugs



Enjoy country area rugs including wool area rugs, kitchen rugs and braided rugs. The country area rugs in our shop by style collection offer charm and definition with an array of styles and designs.

**Bath**
Includes country bathroom, bathroom



Our country b
creates distin
organization.
cabinets and
accents help
subtle styles

**Bedding**
Includes country bedding, country comforters



Bedding and comforters in our collection include country bedding and country comforter sets that inspire warmth and character. Our bedding collection is defined by elegance and style.

**Bedroom Furniture**
Includes country bedroom furniture, be



Country bedr
country bedro
JCPenney cre
your own. Fin
armoires and
and character
home.

**Curtains**
Includes country curtains, kitchen curtains, lace curtains



Country curtains from JCPenney include kitchen curtains and lace curtains that define charm and elegance. Our country curtains add a rustic feel to your home with simple designs and bold prints and patterns.

**Lighting and Accents**
Includes country table lamps, decorati



Country table
home lighting
purposes that
appealing. En
accents that t
into a country
from birdhous

## Every Day Matters

| Quality Values | Bed + Bath: Shop By Style- Country | Common Misspellings |

Country curtains and country bedding highlight our shop

Girls Room
Home Collection
Home Expressions
Home Sale Basics
Home Sale Bedding
Home Sale Sheets
Kid's Bedding
Kids Bedding
Little Missmatched
Mattress Pads + Pillows
Memory Foam Mattress Pads
Monogram Shop
Quilt+Coverlets
Semi-annual
Shop by Color - Green
Shop by Color - Neutrals
Shop by Color - Red
Shop By Style- Casual
Shop By Style- Country
Shop by Style- Traditional
Shower Curtains & Liners
Solutions-bath
Solutions-kids
Special Sizes Bed & Bath
Sports Fan Sale
Studio Collection
Teen Boy
Teen Decorating Solutions
Teen Girl
Waverly



POPULAR SEARCHES

kids bedding
girls bedding
waverly bedding
comforters
teen bedding
bed linens
bed sheets
crib bedding
baby bedding
california king bedding
waterbed sheets
electric blankets
fleece blankets
throw pillows
down pillows
down bedding

father's day gifts



Country lamps and lighting provide practical solutions with make your home charming. Choose from country curta style and design to your home or country bedding that a With floral prints, scalloped bed skirts and distinguished to find sensational country bedding. From plaid and curtains to lace window treatments, find distinctive cou that make a statement. Our country lamps and light substantial designs and styles of lighting solutions, while add warmth to those windows.

# bed + bath

search:

index :: bed + bath :: **shop by style- country** ::

**Specialty Shops:**

| Kids Bedding | Teen Bedding | Gift Ideas | Back To School |
| Sports Apparel | Toys | Womens St. John's Bay | Maternity Clothes |
| Custom Window Treatments | Bisou Bisou | Mens St. John's Bay | Mens Arizona |
| Jewelry | School Uniforms | Home Collection | Chris Madden |
| Bedroom Furniture | Bedspreads | Bedding | Slipcovers |

women | lingerie | juniors | jewelry | shoes | men | kids + baby
bed + bath | window | furniture | home accents | housewares | swim | gift finder
bedding search | furniture search | window search | women's search | jewelry search | men's search
home | other products & services | store locator | gift cards | catalogs | para ayuda | jcptoday | credit card | about us | contact us | co

From <jcpenney.com> on 6/25/07





index :: window treatments :: country style curtains :: country curtains ::   search:

## window treatments

**COUNTRY STYLE CURTAINS**

Draperies Country Style
**Country Curtains**
Drapery Hardware Country
Country Blinds & Shades

Back to Country Style Curtains

Chris Madden Collection
Country Style Curtains
Curtains
Discount Curtains, Drapes
Drapes, Draperies
Energy Solutions
Home Sale
JCPenney Home Collection
Louis Hornick Curtains
Miller Curtains, Drapes
Panels Your Way
Shades Your Way
Shop by Style - Casual
Shop Color - Black
Shop Color - Blue
Shop Color - Neutral
Shop Color - Pink
Shop Color - Red
Shop Color ? Green
Studio Collection
Supreme Draperies
Traditional Curtains
Valances
Waverly
Window Blinds
Window Hardware
Window Panels
Window Shades
Window Solutions - Latest

## Country Curtains, Curtain Drapes, Country Curtain D

### Seville Floral Embroidery

From the JCPenney Home Collectio
accented with floral embroidery and ma
inset is adorned with vine and leaf embro
by macramé bands at the top and botto
Shirr on clear rods. Stated lengths are e
100% polyester. Machine wash, line dry



**COUNTRY CURTAINS**


Wendy Flipover Coordinates


Wendy Tab-Top Coordinates


Wendy Tab


Royale Battenberg Coordinates


Providence II Tiers


Enchanted To

Looks
Window Your Way



Providence II Cape Cods | Sullivan Stripe Panel | Presco

Riverdale Tab-tops by Studio | Harcourt Check Coordinates | Sulliva

Waverly® Pantry Plaid Tiers | Raynier Stripe Coordinates | Taylor Sheer

Emma Lace | Busy Bee Tiers | Lisette Mac




Waverly® Richmond Panel


Waverly® Richmond Liberty Valance


Raynier S


Waverly® Pantry Plaid Tab-top Panel


Waverly® Pantry Plaid Tab-top Valance


Harco


Berry Vine & Gingham Coordinates


Berry Vine & Gingham Panels


Med

![Angelique Toile Tab-top Valance]
Angelique Toile Tab-top Valance

## Every Day Matters

| Quality Values | Window Treatments: Country Curtains | Common Misspellings |



Gorgeous country curtains and curtain drapes come in a
styles and colors from the JCPenney country style curt
country curtains collection features beautiful drapes,
valances and other window coverings all designed to
country style. Window valances from JCPenney add ele
any window with gorgeous floral designs, sheer design
window valances. Our country curtains come in a nur
designs in sheer window coverings, lace curtains and
any window a down home country look with country c
curtain drapes from the JCPenney country style curtains

# window treatments

search:

index :: window treatments :: country style curtains :: **country curtains** ::

**Specialty Shops:**

| Kids Bedding | Teen Bedding | Gift Ideas | Back To School |
| Sports Apparel | Toys | Womens St. John's Bay | Maternity Clothes |
| Custom Window Treatments | Bisou Bisou | Mens St. John's Bay | Mens Arizona |
| Jewelry | School Uniforms | Home Collection | Chris Madden |
| Bedroom Furniture | Bedspreads | Bedding | Slipcovers |

women | lingerie | juniors | jewelry | shoes | men | kids + baby
bed + bath | window | furniture | home accents | housewares | swim | gift finder
bedding search | furniture search | window search | women's search | jewelry search | men's search
home | other products & services | store locator | gift cards | catalogs | para ayuda | jcptoday | credit card | about us | contact us | co