# EXHIBIT C

Case 1:07-cv-06290-GEL    Document 1-4    Filed 07/09/2007    Page 1 of 2

c042028[1]

```
<html>
<head>
<!-- CATEGORY 042028 -->

<title>JCPenney: Country Curtains, Curtain Drapes, Country Curtain Drapes, Window Valances, Sheer Window Coverings</title>
<meta name="description" content="Beautiful country curtains and country drapes are featured in the JCPenney country style curtains collection.  Our country curtains and other window coverings add style and beauty to any window.">
<meta name="keywords" content="Country Curtains, Curtain Drapes, Country Curtain Drapes, Window Valances, Sheer Window Coverings, Lace Curtains, Plaid Curtains">

<meta http-equiv="Content-Language" content="en-us" />
<link rel="stylesheet" href="res/new/ss/style.css" type="text/css" />
<link rel="stylesheet" href="res/new/ss/tabs.css" type="text/css" />
<script type="text/javascript"  src="res/new/js/tabs.js"></script>
<script type="text/javascript" src="http://www.jcpenney.com/jcp/JavaScript/Validation.js"></script>
</head>
<body bgcolor="#FFFFFF" leftmargin="4" topmargin="4" marginwidth="4" marginheight="4">
<div align="center">
<table border="0" cellpadding="0" cellspacing="0" width="789">
   <tr>
     <td colspan="2" align="center"><table width="772" cellspacing="0" cellpadding="0" border="0">
    <tr>
      <td width="336"><a href="http://www.jcpenney.com/jcp/jmetcap.aspx?siteID=700033538&url=default.aspx"><img src="res/new/img/T1_jcp_logo.gif" border="0" /></a></td>
      <td align="left" width="436">
         <table cellspacing="0" cellpadding="0" border="0">
           <tr>
             <td><table cellspacing="0" cellpadding="0" align="center" border="0">
                <tr>
                  <td><a href="http://www.jcpenney.com/jcp/jmetcap.aspx?siteID=700033538&url=CustomerService.aspx"><img
                   title="customer service" src="res/new/img/T1_customer_service.gif" border="0" /></a></td>
                  <td><a href="http://www.jcpenney.com/jcp/jmetcap.aspx?siteID=700033538&url=AccountServices.aspx"><img
                   title="order tracking" src="res/new/img/T1_order_tracking.gif" border="0" /></a></td>
                  <td><a href="http://www.jcpenney.com/jcp/jmetcap.aspx?siteID=700033538&url=bag.aspx"><img
                   title="shopping bag" src="res/new/img/T1_Shopping_bag.gif" border="0"></a></td>
                  <td class="shopbox1"><a href="http://www.jcpenney.com/jcp/jmetcap.aspx?siteID=700033538&url=bag.aspx"><img
                   border="0" src="res/new/img/arrow1.gif" width="7" height="12" hspace="2" /></a>0 items<br>subtotal: $0.00</td>
                </tr></table></td>
           <tr>
             <td><table cellspacing="0" cellpadding="0" align="left" border="0">
                <tr>
                  <td><a
```

Page 1