# EXHIBIT D

Web   Images   Video   News   Maps   Gmail   more ▼                                         Sign in

Google   ["COUNTRY CURTAINS"]   [Search]   Advanced Search / Preferences

---

Web                    Results **1 - 10** of about **166,000** for **"COUNTRY CURTAINS"**. (0.08 seconds)

Country Curtains®                          Sponsored Link              Sponsored Links
www.**countrycurtains**.com    Order a free Country Curtains® ready-
made curtain catalog                                                  JCPenney™ Bedding Blowout
                                                                      Hurry & Save 50-60% On A Huge
**Country Curtains**® Official Site                                   Selection Of Bedding! Ends 6/28
Shop online for ready-made curtains, window treatments, curtain rods  JCPenney.com
and hardware, window valances, bedding and home accents. Free
catalog!                                                              Custom Curtains, Drapes
countrycurtains.com/ - 19k - Cached - Similar pages                   Contact for a free gift! Handy
   Clearance - www.countrycurtains.com/jump.jsp?                      Andy Window Blinds, White Plains NY
   itemID=264&itemType=CATEGORY...                                    www.hdwfg.com/handyandy
   Store Locator -
   www.countrycurtains.com/storelocator/storelocatormain.jsp          Call Now 1-800-NY-CARPET
   Catalog Request -                                                  Premier Window Treatment, Shop At
   www.countrycurtains.com/.../catalogrequestmain.jsp                 Home Service, 1800-692-2773
   More results from countrycurtains.com »                            www.1800nycarpet.com

All Categories - **Country Curtains**                                 Save 50% off
**Country Curtains** · Catalog Quick Shop · Shopping Basket ....      Curtains, Curtain Rods & Sconces
1.800.456.0321 privacy & security · terms of use ©2003 by **Country** at deep discount prices.
**Curtains** Mail Order, Inc.                                         www.swagsgalore.com
www.countrycurtains.com/sdx/default.jsp - 35k - Cached - Similar pages
                                                                      Beautiful NYC Curtains
The Country Porch: Window Curtains, Country Kitchen                   Shop At Home & Installation Service
Decor                                                                 Large Variety & Great Prices, Call!
Over 130 curtain patterns to choose from: window curtains, country    www.AandMWindowFashions.com
valances, tieback curtains, window swag curtains in Americana, lodge, New York, NY
patriotic, ...
www.countryporch.com/ - 41k - Cached - Similar pages                  Country Style Curtains
                                                                      Valances, swags, shower curtains in
Country Homespun Curtains-Country Home Decor-                         checks, plaids, florals & patchwork
Homespun Fabric                                                       www.piperclassics.com
Offering handmade valances, curtain swags, table runners, and kitchen
accessories. Includes images and fabric choices, with custom orders   Beautiful Curtains
accepted.                                                             Affordable Curtains For Your Home.
www.sticksnstitches.com/ - 14k - Cached - Similar pages               Curtains Of All Styles And Sizes.
                                                                      www.CurtainDepot.com
JCPenney: **Country Curtains**, Country Bedding, Country
Lamps & Lighting                                                      Curtains & Drapes
**Country curtains** and country bedding exudes subtle appeal. Find   Huge selection of curtains & drapes
country lamps and lighting that provides practical, functional and    on sale at Boscov's Dept Store.
durable solutions for ...                                             www.boscovs.com
www.jcpenney.com/products/Cg10950.jsp - 56k -
Cached - Similar pages                                                              More Sponsored Links »

   JCPenney: Country Style Curtains, Country Style Blinds, Country ...
   Includes **country curtains**, curtain drapes, country curtain drapes ... **Country curtains** and
   country drapes come in a number of beautiful styles and designs ...
   www.jcpenney.com/products/Cg11562.jsp - 48k - Cached - Similar pages

---

**Country Curtains** Store @ Amazon.com: **Country Curtains**
Online shopping from a great selection at **Country Curtains** Store; Products, Special Features & more at everyday low prices.
www.amazon.com/**Country-Curtains**/b?ie=UTF8&node=10709621 - 37k -
Cached - Similar pages

Amazon.com: **COUNTRY CURTAINS** Yellow Roses Wreath: Kitchen & Housewares
Amazon.com: **COUNTRY CURTAINS** Yellow Roses Wreath: Kitchen & Housewares.
www.amazon.com/**COUNTRY-CURTAINS**-Yellow-Roses-Wreath/dp/B0001WT5HQ - 123k -
Jun 24, 2007 - Cached - Similar pages
[ More results from www.amazon.com ]

Job Search Results for Boston.com Jobs
Operations Manager of Retail Stores, **Country Curtains**, May 29 ... Experienced Sales Associates-Home Decorating, **Country Curtains**, May 21 ...
boston.monster.com/search.aspx?q=%22Country+Curtains%22&
lid=452&lid=366&lid=683&lid=461... - 62k - Cached - Similar pages

Classic **Country Curtains**
Classic **Country Curtains** in Bowral sell and deal with Bonded, Holland, Austrian, Roman, Venetian, Cedar and London Blinds. Complete Classic **Country Curtains** ...
www.thesouthernhighlands.com.au/directory/home/furniture/classic-**country-curtains** - 48k
- Cached - Similar pages


1 2 3 4 5 6 7 8 9 10    **Next**

Try Google Desktop: search your computer as easily as you search the web.

---

| "COUNTRY CURTAINS" |    Search   |

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google