# EXHIBIT F

| | |
|---|---|
| From: | Baum, Andy |
| Sent: | Thursday, June 07, 2007 11:02 AM |
| To: | 'Alanger@jcpenney.com' |
| Subject: | Country Curtains |

Dear Mr. Langer:

We are trademark counsel to Country Curtains Mail Order, Inc. ("Country Curtains"). This follows up on my letter to you dated May 14, 2007, copy of which is attached for your ease of reference.

As of today, we have had no response from you. Our client considers this to be a serious matter, and would therefore appreciate a response by no later than **June 14, 2007.** If we do not hear from you by then we will assume that you have no interest in resolving this matter amicably, and will advise our client accordingly.

The foregoing is without prejudice to any rights or remedies of Country Curtains, all of which are expressly reserved.

Very truly yours,

Andrew Baum

**Our New York Office Has Moved**

Please note our new address:

DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, N Y 10007-0042

212.527.7722 | Direct Number
212.527.7701 | Fax Number

www.darbylaw.com

CONFIDENTIALITY NOTICE. This email message and any attachments may be confidential and may be subject to the attorney-client privilege or other privilege. If you are not the intended recipient, please do not read, copy or re-send this email message or its attachments; immediately notify the sender by reply email or by collect call to 212.527.7700 or 206.262.8900; and delete this email message and any attachments. Thank you for your assistance.

6/7/2007