# EXHIBIT G

# Country Curtains®

William H. Booth
Chief Executive Officer

June 19, 2007

Myron E. Ullman, III
Chairman of the Board and CEO
JC Penney Corporation
P.O. Box 10001
Dallas, TX 75301-7311

Dear Mr. Ullman:

Currently, J.C.Penney is engaged in practices that constitute an infringement of the Country Curtains® trademark. To date our attorney has received no response to letters and e-mails directed to Alan S. Langer concerning this matter.

In our last email dated June 7, 2007, we stated that if we did not receive the courtesy of a response by June 14th, we would consider that J.C.Penney has no interest in resolving this matter amicably. As of today, no reply has been received.

From one CEO to another, I thought that I should at least bring this matter to your attention prior to our commencing litigation.

Sincerely yours,

William H. Booth
Chief Executive Officer

lmc

Copy: Andrew Baum, Esq., Darby & Darby, P.C.
    Marilyn Hansen, Country Curtains