JUDGE LYNCH    07 CV 6290

Andrew Baum (AB-3783)
Kathryn A. Starnella (KS-3883)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, New York 10007-0042
Tel: (212) 527-7700
Fax: (212) 527-7701

JUL 09 2007
U.S.D.N.
CASHIERS

*Attorneys for Plaintiff*
Country Curtains Mail Order, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x
COUNTRY CURTAINS MAIL
ORDER, INC.
         *Plaintiff*,

v.

J.C. PENNEY COMPANY, INC.

         *Defendant*

-----------------------------------------------------x

Case No.:_____
ECF Case

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Planitiff, Country Curtains Mail Order, Inc. (a private non-governmental party), certifies that there is no parent corporation or publicly held corporation that owns 10% or more of its stock

Dated: July 9, 2007

New York, New York

Respectfully submitted,

DARBY & DARBY P.C.

By: _____
Andrew Baum (AB-3783)
Kathryn A. Starnella (KS-3883)
7 World Trade Center
250 Greenwich Street
New York, New York 10007-0042
Tel: (212) 527-7700
Fax: (212) 527-7701
abaum@darbylaw.com
kstarnella@darbylaw.com

*Attorneys for Plaintiff*
COUNTRY CURTAINS MAIL ORDER, INC.