AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

COUNTRY CURTAINS MAIL ORDER, INC

V.

J.C. PENNEY COMPANY, INC

**SUMMONS IN A CIVIL ACTION**

ECF CASE

CASE NUMBER:

**07 CV 6290**

**JUDGE LYNCH**

TO: (Name and address of Defendant)

J.C. PENNEY COMPANY, INC
6501 Legacy Drive
Plano, Texas 75024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUL 0 9 2007

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK          DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[(1)] | DATE July 11, 2007 @ 10:21 a.m. |
| NAME OF SERVER (PRINT) Michael E. Wigginton | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 6501 Legacy Drive, Plano, TX, by delivering to: Irma Gonzalez / Legal Analyst / Legal Department.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL   -0- | SERVICES   85.00 | TOTAL   $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 11, 2007
                    Date

Signature of Server

3052 Cypress Way, Sunnyvale, TX 75182
Address of Server

J. MICHAEL McMAHON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.