**DARBY & DARBY**
PROFESSIONAL CORPORATION

INTELLECTUAL PROPERTY LAW

NEW YORK
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK, NY 10007-0042
TEL 212.527.7700
FAX 212.527.7701
www.darbylaw.com

NEW YORK
SEATTLE
WASHINGTON, D.C.
FRANKFURT

July 26, 2007

Reference: 02120/6003184-001

**KATHRYN STARNELLA**
ATTORNEY AT LAW
212.527.7694
kstarnella@darbylaw.com

**VIA EXPRESS MAIL**

The Honorable Gerard E. Lynch
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Room 910
New York, New York 10007

Re: **Country Curtains Mail Order, Inc. v. J.C. Penney Company, Inc. (1:07-cv-06290) - Defendant's Time to Answer the Complaint**

Dear Judge Lynch:

We represent Country Curtains Mail Order, Inc. in the above-referenced litigation. At present, J.C. Penney must answer the Complaint by July 31, 2007. Subject to the Court's endorsement, the parties have agreed to extend the time to answer or otherwise respond up to, and including, August 15, 2007. This extension of time will allow the parties to negotiate and execute a settlement agreement and/or allow J.C. Penney time to engage litigation counsel within this district.

Respectfully Submitted,

Kathryn Starnella

KAS

cc: Kayla Owens, Esq. (J.C. Penney) (via e-mail)
    Andrew Baum, Esq. (via e-mail)

**\*SO ORDERED**

GERARD E. LYNCH, U.S.D.J.
7/30/07

{W:\02120\6003184-001\01183949.DOC}