UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

COUNTRY CURTAINS MAIL ORDER, INC.,

          Plaintiff,

   -against-

J.C. PENNEY COMPANY, INC.,

          Defendant.

------------------------------------------------------------x

07 Civ. 6290 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

    ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       August 13, 2007

                                              GERARD E. LYNCH
                                              United States District Judge