Andrew Baum (AB-3783)
Kathryn A. Starnella (KS-3883)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, New York 10007-0042
Tel: (212) 527-7700
Fax: (212) 527-7701

*Attorneys for Plaintiff*
Country Curtains Mail Order, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

COUNTRY CURTAINS MAIL
ORDER, INC.
              *Plaintiff,*

v.

J.C. PENNEY COMPANY, INC.

              *Defendant.*

-----------------------------------------------------------x

Case No.: 1:07-cv-06290 (GEL)
**ECF Case**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07

## PRE-ANSWER NOTICE OF DISMISSAL

TAKE NOTICE that Plaintiff Country Curtains Mail Order, Inc. ("Country Curtains") dismisses this action with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: October 30, 2007
      New York, New York

By:

DARBY & DARBY P.C.

*/s/ Andrew Baum/*
Andrew Baum (AB-3783)
Kathryn A. Starnella (KS-3883)
7 World Trade Center
250 Greenwich Street
New York, New York 10007-0042

{W:\02120\6003184-000\01294364.DOC}        1

Tel: (212) 527-7700
Fax: (212) 527-7701
abaum@darbylaw.com
kstarnella@darbylaw.com

*Attorneys for Plaintiff*
COUNTRY CURTAINS MAIL
ORDER, INC.

SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.

4/7/07